UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
YENSY CONTRERAS, Individually, and On
Behalf of All Others Similarly Situated,

               Plaintiff,

vs.

CHARLIE HUSTLE, LLC,

               Defendant.
---------------------------------------------------------x

Case No. 1:21-cv-09475-PAE-KHP

**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: March 1, 2022          **MIZRAHI KROUB LLP**

*[signature]*

JOSEPH H. MIZRAHI
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY 10281
Telephone: 212/595-6200
212/595-9700 (fax)
jmizrahi@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED: March 1, 2022

**REA & ASSOCIATES, LLC**

JEFFREY J. REA
225 Broadway, Suite 1515
New York, NY 10007
212-557-5050
jrea@rea-lawfirm.com

*Attorney for Defendant*

~~SO ORDERED:~~

~~JUDGE, U.S. District Court
Southern District of New York~~

Granted.
SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
3/2/2022